Carter, a.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MALIBU MEDIA, LLC,

        Plaintiff,

-against-

JOHN DOE subscriber assigned IP address
98.116.179.80,

        Defendant.
-----------------------------------------------------------x

Civil Action File No.
15-CV-3146-ALC

**STIPULATION FOR
PROTECTIVE ORDER OF
CONFIDENTIALITY**



RECEIVED
JUN 09 2015
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

It is hereby stipulated by and between the undersigned:

1. The defendant will disclose his/her name and address, in confidence, to plaintiff's counsel, and in addition will be disclosing confidential information about his/her computer or other matters ("confidential information") in furtherance of settlement discussions between the parties.

2. Plaintiff agrees not to disclose the confidential information, or any information which might cause the disclosure of the confidential information, in any litigation documents or at any proceeding which is a matter of public record, or in any other venue, medium, or location, unless and until plaintiff shall become entitled to enter a final judgment against defendant, in which case plaintiff shall be entitled to use defendant's actual name and address in said judgment, and in any post judgment proceedings.

3. Plaintiff agrees that defendant shall continue to be referred to herein as "John Doe".

4. Defendant's time to answer or otherwise move with respect to the complaint shall be extended to July 31, 2015.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-11-15

Dated: Forest Hills, New York
June 9, 2015

_____
JACQUELINE M. JAMES
The James Law Firm
Attorneys for Plaintiff
445 Hamilton Ave., Ste 1102
White Plains NY 10601
(914) 358-6423
jjameslaw@optonline.net

RAY BECKERMAN, P.C.

By: _____
Ray Beckerman
Attorneys for Defendant
108-18 Queens Blvd. 4th Fl.
Forest Hills NY 11375
(718) 544-3434
ray@beckermanlegal.com

So ordered:

_____
District Judge

6-11-15